AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Geoffrey Asher | ) |
| v. | ) Case No.: 2:08-CV-35-WCO |
| Sterling Cole, et al. | ) |

## BILL OF COSTS

The Court having dismissed Defendant Cole under a verbal order on 08/08/2011, which constitutes an order for Cole against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,282.82 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 436.20 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 340.87 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 139.77 |
| TOTAL $ | 5,199.66 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Jason C. Waymire

Name of Attorney:  Jason C. Waymire - Bar No. 742602

For: Defendant Cole         Date: 09/08/2011
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jennifer Green, Woodstock, GA | | 40.00 | | | | 54.94 | $94.94 |
| Donald Grindle, Murrayville, GA | | 40.00 | | | | 11.00 | $51.00 |
| Kyle Carroll, Murrayville, GA | | 40.00 | | | | 11.00 | $51.00 |
| Wayne Grindle (subpoena/depo) | | 40.00 | | | | 42.00 | $82.00 |
| Jason Canup | | 40.00 | | | | 21.93 | $61.93 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $340.87 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## WITNESS FEE ITEMIZATION (PAGE 2)

|  | Witness | Mileage | Total |
|---|---|---|---|
| Jason Stover, | $40.00 | $27.13 | $ 67.13 |
| Lumpkin County Sheriff's Office | $10.00 |  | $ 10.00 (service fee) |
| Matt Hester (subpoena/depo) | $40.00 | $22.64 | $ 62.64 |
|  |  |  | $139.77 |

Asher v. Lumpkin County, CAF# 2:08-CV-35-WCO

**PREVAILING DEFENDANTS' DOCUMENT PRODUCTION COST ITEMIZATION**

**COPYING & PRINTING COSTS**

| DOCUMENT COPIED | ORIGINAL & COPIES | COST/COPY | CHARGES |
|---|---|---|---|
| Discovery Requests/Pleadings | 2,181 | .20 | $436.20 |
| | | TOTAL | $436.20 |

<u>**EXHIBIT "A"**</u>

<u>**ASHER V. LUMPKIN COUNTY, ET AL.**</u>
<u>**CIVIL ACTION FILE NO. 2:08-CV-35-WCO**</u>

<u>**DEPOSITION/TRANSCRIPT COSTS**</u>

| <u>**DEPONENT**</u> | <u>**DATE**</u> | <u>**AMOUNT**</u> |
|---|---|---|
| Preliminary Hearing Transcript | November 27, 2007 | $ 106.22 |
| Mark McClure | January 6, 2009 | $ 276.80 |
| Geoffrey Asher | September 2, 2009 | $ 966.95 |
| Donald Grindle | September 18, 2009 | $ 330.00 |
| Kyle Carroll<br>Jennifer Green | September 22, 2009 | $ 876.25 |
| Wayne Grindle | April 29, 2010 | $ 452.10 |
| Matthew Hester | July 13, 2011 | $ 370.00 |
| Bull Court Reporting | August 2, 2011 | $ 904.50 |
|  | SUBTOTAL | **$4,282.82** |

**APPALACHIAN COURT REPORTING**
P.O. Box 943
Blairsville, Georgia 30514
(706) 745-4455

JASON WAYMIRE, ESQUIRE
Williams, Morris & Blum
4330 South Lee Street
Buiding 400, Suite A
Buford, GA 30518

INVOICE NO. :       10086
INVOICE DATE:    8/15/2008
REPORTER:
Maryjane Hargett

ID#   58-2171714

St. vs. Asher, Goeffrey

Lumpkin County 06-7806-FW-06-7839-FW

| Date | Description | Amount |
|---|---|---|
|  | Probable Cause Hearing before Hon. Gerald Edmondson on November 27, 2007 Transcript Copy | 106.22 |

|  |  |
|---|---|
| Sub Total | 106.22 |
| Paid | 0.00 |
| Balance Due | 106.22 |

**THANK YOU VERY MUCH**

**TDL COURT REPORTING, INC.**
3354 Wilkerson Drive
Gainesville, GA 30506
(770) 539-9040
(770) 539-9151 Fax

Jason C. Waymire
4330 South Lee Street, NE
Bldg. 400, Suite A
Buford, GA 30518

INVOICE NO.:    931507
INVOICE DATE:   1/15/2009
REPORTER:
Randy Slane

ID#   58-2274428

ASHER VS. McCLURE
DEPO OF MARK McCLURE

| Date | Description |
|---|---|
| 1/06/2009 | One Copy |
| | Exhibits - 12 |

|   |   |
|---|---:|
| Sub Total | 276.80 |
| Paid | 0.00 |
| Balance Due | 276.80 |

WE APPRECIATE YOUR BUSINESS.
TERMS: NET 30 DAYS
LATE FEES APPLY AFTER 60 DAYS

# Speedy Reporting, Inc.

110 Kara Drive
P.O. Box 1942
Athens, GA 30603

# Invoice

| Invoice Date: | Invoice No: |
|---|---|
| 9/14/2009 | 2155 |

Bill To:

Jason C. Waymire, Esq.
Building 400, Suite A
4330 South Lee Street, NE
Buford, GA 30518

| Reporter: | Terms | Due Date: |
|---|---|---|
| M. Henderson | Net 30 | 10/14/2009 |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| United States District Court, Norhtern District of Georgia, Gainesville Division | | | |
| Geoffrey Asher vs. Mark McClure, et al., Civil Action File No. 2:08-CV-0035-WCO | | | |
| Deposition of Geoffrey Asher taken September 2, 2009 | | | |
| Appearance and takedown | 4 | 50.00 | 200.00 |
| Original & 1 copy | 178 | 4.10 | 729.80 |
| Exhibits | 49 | 0.35 | 17.15 |
| Condensed copy provided. | | 0.00 | 0.00 |
| Postage and handling [includes mailing original] | | 20.00 | 20.00 |

Payable upon receipt. Past due after 30 days.
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total** | **$966.95** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$966.95** |

| Phone # | Fax # |
|---|---|
| (706) 353-2049 | (706) 353-3848 |

| Tax Identification # |
|---|
| 58-2436259 |

**TDL COURT REPORTING, INC.**
3354 Wilkerson Drive
Gainesville, GA 30506
(770) 539-9040
(770) 539-9151 Fax

| | |
|---|---|
| Jason C. Waymire<br>4330 South Lee Street, NE<br>Bldg. 400, Suite A<br>Buford, GA 30518 | **INVOICE NO. :** 931798<br>**INVOICE DATE:** 10/14/2009<br>**REPORTER:** Randy Slane |

ID#  58-2274428

ASHER VS. MCCLURE
DEPO OF DONALD GRINDLE

| Date | Description | | |
|---|---|---|---|
| 9/18/2009 | Appearance Fee<br>Original & One Copy - 60 pages<br>Errata | | |
| | | Sub Total | 330.00 |
| | | Paid | 0.00 |
| | | Balance Due | 330.00 |

**WE APPRECIATE YOUR BUSINESS.**
**TERMS: NET 30 DAYS**

**TDL COURT REPORTING, INC.**
3354 Wilkerson Drive
Gainesville, GA 30506
(770) 539-9040
(770) 539-9151 Fax

Jason C. Waymire
4330 South Lee Street, NE
Bldg. 400, Suite A
Buford, GA 30518

**INVOICE NO. :** 931799
**INVOICE DATE:** 10/14/2009
**REPORTER:** Randy Slane

**ID#** 58-2274428

ASHER VS. MCCLURE
DEPOS OF CARROLL & GREEN

| Date | Description |
|---|---|
| 9/22/2009 | Appearance Fee |
|  | Original & One Copy - 199 pages |
|  | Errata |

| | |
|---|---|
| Sub Total | 876.25 |
| Paid | 0.00 |
| Balance Due | 876.25 |

**WE APPRECIATE YOUR BUSINESS.**
**TERMS: NET 30 DAYS**

# Thompson Reporting Services, Inc.
Certified Court Reporters
P.O. Box 680311
Marietta, Georgia  30068
(678) 483-0600
Tax ID: 58-2234878

May 12, 2010

Mr. Jason C. Waymire
Williams Morris and Waymire
4330 South Lee Street, N.E.
Building 400, Suite A
Buford, GA 30518

| | |
|---|---|
| **Invoice Number** | **10641** |

Re:  Geoffrey Asher vs Mark McClure, et al.
     CAF No.: 2:08-CV-0035-WCO

Description of Services

| | |
|---|---|
| **Invoice total:** | **$497.31** |
| If paid within 30 days: | -45.21 |
| Discount total: | $452.10 |

Original and one copy of the
Deposition of Terry Wayne Grindle,
Taken on April 29, 2010,
Buford, Georgia.

Thank you.

(Invoices past due more than 60 days shall bear interest
 at 1.5% per month, 18% per annum.)

**LEGAL VIDEO SERVICES, INC.**
THE PINNACLE, SUITE 500
3455 PEACHTREE ROAD, NE
ATLANTA, GEORGIA 30326
770.640.5050
www.atlantalegalvideo.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/13/2011 | 28056 |

| BILL TO | RE: |
|---|---|
| JASON C. WAYMIRE, ESQ.<br>WILLIAMS, MORRIS & WAYMIRE<br>BULIDING 400, SUITE A<br>4330 SOUTH LEE STREET<br>BUFORD, GEORGIA 30518 | ASHER<br>V.<br>McCLURE, et al. |

| TERMS |
|---|
| Net 30 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/13/2011 | VIDEOTAPED DEPOSITION OF MATTHEW HESTER | 325.00 |
|  | VIDEO DVD COPY(S) | 45.00 |
|  | NO CHARGE FOR TRAVEL TO BUFORD |  |

Minimum service fee of $5 or 1.5% per month added to past due accounts.
TAX ID no. 58-2206602

**Total** $370.00

AO44 (Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO: 20110062

**MAKE CHECKS PAYABLE TO:**

Jason C. Waymire
Williams, Morris & Waymire, LLC
4330 South Lee Street
Suite A, Building 400
Buford, GA 30518
Phone:

Debra R. Bull, RPR, CRR
U. S. Court Reporter
75 Spring Street, SW, Suite 1959
Richard B. Russell Federal Bldg
Atlanta, GA 30303
Phone: (404) 215-1383
Tax ID: 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
debra1063@aol.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 08-02-2011
DATE DELIVERED: 08-02-2011

**Case Style:** 2:08-CV-35, Asher v McClure, et al
realtime transcript of Asher's testimony

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 135 | 3.65 | 492.75 | | | | | | | 492.75 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 135 | 3.05 | 411.75 | | | | | | | 411.75 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 904.50

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $904.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 08-11-2011

(All previous editions of this form are cancelled and should be destroyed)