IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| GEOFFREY ASHER, | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION FILE. |
| | ) | |
| vs. | ) | |
| | ) | NO. 2:08-CV-0035-WCO |
| RYAN MILLER, *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## SATISFACTION OF JUDGMENT AND WITHDRAWAL OF MOTION UNDER 42 U.S.C. § 1988

Undersigned counsel, on behalf of Plaintiff, hereby stipulates that the judgment [Doc. 92] entered in this Court in favor of Plaintiff on August 8, 2011, has been SATISFIED IN FULL. The Clerk is hereby authorized to enter satisfaction of said judgment and to note same on the margin of the judgment. Plaintiff hereby WITHDRAWS his pending claim for attorney's fees and expenses, with prejudice. [Doc. 93]

Executed this __11__ day of __October__, 2011.

Matt Karzen, LLC

/s Matt Karzen_____
Matthew Karzen
Georgia Bar Number 408453
Counsel for Plaintiff

191 E. Broad Street, Suite 311-A
Athens, GA 30601
706-208-0663
706-208-8462 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing SATISFACTION electronically upon Plaintiff's attorney through the Court's CM/ECF system, as follows:

Jason Waymire & Terry Williams, Attorneys for Defendants

This ___11___ day of ~~September~~ October, 2011.

/s Matt Karzen_____
Matthew Karzen
Georgia Bar Number 408453